# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Bruce Stanukenas,<br>    aka William B. Stanukenas,<br>    aka William Stanukenas<br>    &<br>Phyllis Ann Stanukenas,<br>    aka Phyllis A. Stanukenas,<br>    aka Phyllis Stanukenas<br>               Debtor(s) | BK NO. 17-03575 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          412-430-3594