PARTSCO DISTRIBUTORS, INC
1927 W. Main Street
Stroudsburg, PA 18360

Phyllis Stanukenas 

| Calendar Year | Pay Period | Check Date | Check Number | Gross Pay | Net Pay |
|---|---|---|---|---|---|
| 2017 | 22 | 8/25/2017 | | $0.00 | $0.00 |
| 2017 | 21 | 8/18/2017 | | $0.00 | $0.00 |
| 2017 | 20 | 8/11/2017 | | $0.00 | $0.00 |
| 2017 | 19 | 8/4/2017 | | $0.00 | $0.00 |
| 2017 | 18 | 7/21/2017 | 1526 | $286.70 | $224.79 |
| 2017 | 17 | 7/14/2017 | 1519 | $260.85 | $204.92 |
| 2017 | 16 | 7/6/2017 | 1510 | $265.00 | $224.79 |
| 2017 | 15 | 6/30/2017 | 1504 | $265.00 | $224.79 |
| 2017 | 14 | 6/23/2017 | | $0.00 | $0.00 |
| 2017 | 13 | 6/16/2017 | 1487 | $225.60 | $179.19 |
| 2017 | 12 | 6/9/2017 | 1478 | $202.10 | $160.95 |
| 2017 | 11 | 6/2/2017 | 1471 | $282.00 | $220.34 |
| 2017 | 10 | 5/26/2017 | 1464 | $225.60 | $179.19 |
| 2017 | 9 | 5/19/2017 | 1460 | $202.10 | $160.95 |
| 2017 | 8 | 5/12/2017 | 1451 | $225.60 | $179.19 |
| 2017 | 7 | 5/5/2017 | 1439 | $272.60 | $213.49 |
| 2017 | 6 | 4/28/2017 | 1437 | $225.60 | $179.19 |
| 2017 | 5 | 4/21/2017 | 1430 | $265.00 | $224.79 |
| 2017 | 4 | 4/14/2017 | 1428 | $202.10 | $160.95 |
| 2017 | 3 | 4/7/2017 | 1416 | $265.00 | $224.79 |
| 2017 | 2 | 3/31/2017 | 1411 | $305.50 | $237.49 |
| 2017 | 1 | 3/27/2017 | 1402 | $265.00 | $224.79 |
| | | | | $4,241.35 | $3,424.59 |