SOCIAL SECURITY ADMINISTRATION

Date: August 14, 2017
Claim Number: XXX-XX-▮▮▮▮

WILLIAM B STANUKENAS
366 HYLAND DRIVE
EAST STROUDSBURG PA 18301-6729

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning January 2017, the full monthly
   Social Security benefit before any deductions is......$ 2173.50

     We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is.......$ 2173.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the second Wednesday of each month.

Date of Birth Information

   The date of birth shown on our records is November 1, 1949.

Medicare Information

   You are entitled to hospital insurance under Medicare beginning March 2015.

Type of Social Security Benefit Information

   You are entitled to monthly retirement benefits.

SUSPECT SOCIAL SECURITY FRAUD?

 Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 888-835-6169. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

                SOCIAL SECURITY
                STE 101
                9090 FRANKLIN HILL RD
                EAST STROUDSBURG, PA 18301

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

                OFFICE MANAGER

nj home | department/agency intranets | nj direct | frequently asked questions    [search]

# employee self service

Home | Message Center (1) | Logout

## Statement of Earnings and Deductions

**Options**

Printable Version [pdf]

**Additional Resources**

Earnings History

W-2 / 1095-C

**Need Help?**

User Guide [pdf]

FAQs

Contact Us

| Employee Name | Address | Emp. ID |
|---|---|---|
| WILLIAM B STANUKENAS | 768 PENN ESTATES<br>E STROUDSBURG PA 18301 | ███ |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 19 | 09/15/2017 | 09/22/2017 | EF423673 | 2017 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 400 | 13 | 20 | ███ | M-06 | | B-04 | |

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 7 30 | 1487 32 |
| Total | | 1487 32 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 36369 25 |
| Taxable Wages - Federal | 30491 60 |
| Taxable Wages - PA | 33288 59 |
| Base Wages (Subject to Pension Ded) | 38609 64 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | | 647 68 | Contributory Insurance | 10 19 |
| FICA & YTD | 82 16 | 2063 85 | CWA - Agency Shop Fee | 19 98 |
| PA Income Tax & YTD | 40 68 | 1021 94 | | |
| Medicare & YTD | 19 22 | 482 71 | | |
| Pension Contribution & YTD | 149 55 | 2796 99 | | |
| Pension Loan Payment & BAL | 144 62 | 2313 92 | | |
| Unemployment Ins. & YTD | | 142 38 | | |
| Temporary Disability Ins. & YTD | | 80 40 | | |
| Pre-Tax Dental & YTD | 25 68 | 487 92 | | |
| Pre-Tax Health/PD & YTD | 136 46 | 2592 74 | | |
| | | 33 50 | | |

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Family Leave Insurance & YTD | | | | |
| | | | Total Deductions | 628 54 |
| | | | Net Pay | 858 78 |

### Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | Aetna HMO | FAMILY |
| Dental | DENTAL EXPENSE PLAN | FAMILY |
| Prescription Drug | ExpressScripts | FAMILY |

### Important Message
The New Jersey State Museum is proud to participate in Smithsonian's Museum Day Live on September 23rd. Enjoy a FREE Planetarium show, a hands-on, family-friendly print making activity and more. Don't miss the new exhibition "Embattled Emblems: Posters and Flags of the First World War". Visit www.statemuseum.nj.gov to download your free ticket!

The New Jersey Division of Pensions & Benefits (NJDPB) is pleased to announce the 2017 NJ STATE EMPLOYEES' BENEFITS FAIR, "Passport to Your Benefits." It will be held on Wed, October 4, 2017, at Thomas Edison State University, 111 W State St., Trenton, NJ 08608 from 10 am to 2 pm. Representatives from Pensions and NJ WELL, along with representatives from health, dental, prescription, and financial plans, will be available to provide employees with a better understanding of their benefits. For more information, visit www.nj.gov/treasury/pensions

contact us | privacy notice | legal statement | accessibility statement 

nj home | department/agency intranets | nj direct | frequently asked questions           [search]

# employee self service

Home | Message Center (1) | Logout

## Statement of Earnings and Deductions

**Options**

Printable Version [pdf]
Return to History

| Employee Name | Address | Emp. ID |
|---|---|---|
| WILLIAM B STANUKENAS | 768 PENN ESTATES<br>E STROUDSBURG PA 18301 |  |

**Additional Resources**

Latest Pay Stub
W-2 / 1095-C

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 18 | 09/01/2017 | 09/08/2017 | EF354113 | 2017 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 400 | 13 | 20 |  | M-06 |  | B-04 |  |

**Need Help?**

User Guide [pdf]
FAQs
Contact Us

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 8 80 | 1792 94 |
| | | |
| Total | | 1792 94 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 34881 93 |
| Taxable Wages - Federal | 29315 97 |
| Taxable Wages - PA | 31963 41 |
| Base Wages (Subject to Pension Ded) | 36572 21 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 21 35 | 647 68 | Contributory Insurance | 10 19 |
| FICA & YTD | 101 11 | 1981 69 | CWA - Agency Shop Fee | 19 98 |
| PA Income Tax & YTD | 50 07 | 981 26 | | |
| Medicare & YTD | 23 65 | 463 49 | | |
| Pension Contribution & YTD | 149 55 | 2647 44 | | |
| Pension Loan Payment & BAL | 144 62 | 2458 54 | | |
| Unemployment Ins. & YTD | 1 71 | 142 38 | | |
| Temporary Disability Ins. & YTD | 1 00 | 80 40 | | |
| Pre-Tax Dental & YTD | 25 68 | 462 24 | | |
| Pre-Tax Health/PD & YTD | 136 46 | 2456 28 | | |
| | 0 41 | 33 50 | | |

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Family Leave Insurance & YTD | | | | |
| | | | Total Deductions | 685 78 |
| | | | Net Pay | 1107 16 |

### Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | Aetna HMO | FAMILY |
| Dental | DENTAL EXPENSE PLAN | FAMILY |
| Prescription Drug | ExpressScripts | FAMILY |

**Important Message**
The New Jersey Division of Pensions & Benefits (NJDPB) is pleased to announce the 2017 NJ STATE EMPLOYEES' BENEFITS FAIR, "Passport to Your Benefits." It will be held on Wed, October 4, 2017, at Thomas Edison State University, 111 W State St., Trenton, NJ 08608 from 10 am to 2 pm. Plan as well as Pensions and NJWELL representatives from health, dental, prescription drug, pension, wellness, and financial plans will be available to provide employees with a better understanding of their benefits. For more information, visit www.nj.gov/treasury/pensions

The NJWELL Team reminds you and your eligible spouse/partner that you have until October 31, 2017, to earn NJWELL points towards a $250 reward. For more information, please go to our website at http://www.nj.gov/njwell

contact us | privacy notice | legal statement | accessibility statement 

## employee self service

# Statement of Earnings and Deductions

**Options**

Printable Version [pdf]
Return to History

| Employee Name | Address | Emp. ID |
|---|---|---|
| WILLIAM B STANUKENAS | 768 PENN ESTATES<br>E STROUDSBURG PA 18301 | |

**Additional Resources**

Latest Pay Stub

W-2 / 1095-C

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| R | 08/18/2017 | 09/01/2017 | 7P913397 | 2017 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 400 | 13 | 20 | | M-06 | | B-04 | |

**Need Help?**

User Guide [pdf]
FAQs
Contact Us

### Earnings

| Description | Time | Amount |
|---|---|---|
| Restoration / Special Services | 1 00 | 203 74 |
| | | |
| Total | | 203 74 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 33088 99 |
| Taxable Wages - Federal | 27834 72 |
| Taxable Wages - PA | 30332 61 |
| Base Wages (Subject to Pension Ded) | 34534 78 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | | 626 33 | | |
| FICA & YTD | 12 63 | 1880 58 | | |
| PA Income Tax & YTD | 6 25 | 931 19 | | |
| Medicare & YTD | 2 95 | 439 84 | | |
| Pension Contribution & YTD | | 2497 89 | | |
| Pension Loan Payment & BAL | | 2603 16 | | |
| Unemployment Ins. & YTD | 0 87 | 140 67 | | |
| Temporary Disability Ins. & YTD | 0 49 | 79 40 | | |
| Pre-Tax Dental & YTD | | 436 56 | | |
| Pre-Tax Health/PD & YTD | | 2319 82 | | |
| | 0 20 | 33 09 | | |

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Family Leave Insurance & YTD | | | | |
| | | | Total Deductions | 23 39 |
| | | | Net Pay | 180 35 |

**Health and Dental Coverage**

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | Aetna HMO | FAMILY |
| Dental | DENTAL EXPENSE PLAN | FAMILY |
| Prescription Drug | | |

contact us | privacy notice | legal statement | accessibility statement 

nj home | department/agency intranets | nj direct | frequently asked questions         [search]

employee self service

Home | Message Center (1) | Logout

# Statement of Earnings and Deductions

**Options**

Printable Version [pdf]
Return to History

Additional Resources
Latest Pay Stub
W-2 / 1095-C

Need Help?
User Guide [pdf]
FAQs
Contact Us

| Employee Name | Address | Emp. ID |
|---|---|---|
| WILLIAM B STANUKENAS | 768 PENN ESTATES<br>E STROUDSBURG PA 18301 | ██████ |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 17 | 08/18/2017 | 08/25/2017 | EF289595 | 2017 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 400 | 13 | 20 | ██████ | M-06 | | B-04 | |

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 9 30 | 1894 81 |
| | | |
| Total | | 1894 81 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 32885 25 |
| Taxable Wages - Federal | 27630 98 |
| Taxable Wages - PA | 30128 87 |
| Base Wages (Subject to Pension Ded) | 34534 78 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 31 53 | 626 33 | Contributory Insurance | 10 19 |
| FICA & YTD | 107 43 | 1867 95 | CWA - Agency Shop Fee | 19 98 |
| PA Income Tax & YTD | 53 19 | 924 94 | | |
| Medicare & YTD | 25 12 | 436 89 | | |
| Pension Contribution & YTD | 149 55 | 2497 89 | | |
| Pension Loan Payment & BAL | 144 62 | 2603 16 | | |
| Unemployment Ins. & YTD | 8 05 | 139 80 | | |
| Temporary Disability Ins. & YTD | 4 55 | 78 91 | | |
| Pre-Tax Dental & YTD | 25 68 | 436 56 | | |
| Pre-Tax Health/PD & YTD | 136 46 | 2319 82 | | |
| | 1 89 | 32 89 | | |

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Family Leave Insurance & YTD | | | | |
| | | | Total Deductions | 718 24 |
| | | | Net Pay | 1176 57 |

**Health and Dental Coverage**

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | Aetna HMO | FAMILY |
| Dental | DENTAL EXPENSE PLAN | FAMILY |
| Prescription Drug | ExpressScripts | FAMILY |

**Important Message**
Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or payroll office to fill out a W-4 form to update your address.

contact us | privacy notice | legal statement | accessibility statement 

nj home | department/agency intranets | nj direct | frequently asked questions    [search]

# employee self service

Home | Message Center (1) | Logout

## Statement of Earnings and Deductions

**Options**

Printable Version [pdf]
Return to History

**Additional Resources**

Latest Pay Stub
W-2 / 1095-C

**Need Help?**

User Guide [pdf]
FAQs
Contact Us

| Employee Name | Address | Emp. ID |
|---|---|---|
| WILLIAM B STANUKENAS | 768 PENN ESTATES<br>E STROUDSBURG PA 18301 | |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 16 | 08/04/2017 | | EF222841 | 2017 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 400 | 13 | 20 | | M-06 | | B-04 | |

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 7 00 | 1426 20 |
| Total | | 1426 20 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 30990 44 |
| Taxable Wages - Federal | 26047 86 |
| Taxable Wages - PA | 28396 20 |
| Base Wages (Subject to Pension Ded) | 32497 35 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | | 594 80 | Contributory Insurance | 10 19 |
| FICA & YTD | 78 37 | 1760 52 | CWA - Agency Shop Fee | 19 98 |
| PA Income Tax & YTD | 38 81 | 871 75 | | |
| Medicare & YTD | 18 33 | 411 77 | | |
| Pension Contribution & YTD | 149 55 | 2348 34 | | |
| Pension Loan Payment & BAL | 144 62 | 2747 78 | | |
| Unemployment Ins. & YTD | 6 06 | 131 75 | | |
| Temporary Disability Ins. & YTD | 3 42 | 74 36 | | |
| Pre-Tax Dental & YTD | 25 68 | 410 88 | | |
| Pre-Tax Health/PD & YTD | 136 46 | 2183 36 | | |
| | 1 43 | 31 00 | | |

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Family Leave Insurance & YTD | | | | |
| | | | Total Deductions | 632 90 |
| | | | Net Pay | 793 30 |

### Health and Dental Coverage

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | Aetna HMO | FAMILY |
| Dental | DENTAL EXPENSE PLAN | FAMILY |
| Prescription Drug | ExpressScripts | FAMILY |

### Important Message
Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or payroll office to fill out a W-4 form to update your address.

contact us | privacy notice | legal statement | accessibility statement 

nj home | department agency intranets | nj direct | frequently asked questions　[search]

# employee self service

Home | Message Center (1) | Logout

## Statement of Earnings and Deductions

**Options**

Printable Version [pdf]
Return to History

| Employee Name | Address | Emp. ID |
|---|---|---|
| WILLIAM B STANUKENAS | 768 PENN ESTATES<br>E STROUDSBURG PA 18301 | ▉ |

**Additional Resources**

Latest Pay Stub

W-2 / 1095-C

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 15 | 07/21/2017 | 07/28/2017 | EF156161 | 2017 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 400 | 13 | 20 | ▉ | M-06 |  | B-04 |  |

**Need Help?**

User Guide [pdf]
FAQs
Contact Us

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 9 00 | 1833 69 |
| Total |  | 1833 69 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 29564 24 |
| Taxable Wages - Federal | 24933 35 |
| Taxable Wages - PA | 27132 14 |
| Base Wages (Subject to Pension Ded) | 30459 92 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 25 42 | 594 80 | Contributory Insurance | 10 19 |
| FICA & YTD | 103 64 | 1682 15 | CWA - Agency Shop Fee | 19 98 |
| PA Income Tax & YTD | 51 32 | 832 94 |  |  |
| Medicare & YTD | 24 24 | 393 44 |  |  |
| Pension Contribution & YTD | 149 55 | 2198 79 |  |  |
| Pension Loan Payment & BAL | 144 62 | 2892 40 |  |  |
| Unemployment Ins. & YTD | 7 79 | 125 69 |  |  |
| Temporary Disability Ins. & YTD | 4 40 | 70 94 |  |  |
| Pre-Tax Dental & YTD | 25 68 | 385 20 |  |  |
| Pre-Tax Health/PD & YTD | 136 46 | 2046 90 |  |  |
|  | 1 83 | 29 57 |  |  |

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Family Leave Insurance & YTD | | | | |
| | | | Total Deductions | 705 12 |
| | | | Net Pay | 1128 57 |

**Health and Dental Coverage**

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | Aetna HMO | FAMILY |
| Dental | DENTAL EXPENSE PLAN | FAMILY |
| Prescription Drug | ExpressScripts | FAMILY |

**Important Message**
Is the address on your pay stub correct? If the address on your pay stub is
not up-to-date or does not appear, you may experience delays in receiving
important job-related information. Contact your department's Human Resources
unit or payroll office to fill out a W-4 form to update
your address.

contact us | privacy notice | legal statement | accessibility statement 

| nj home | department/agency intranets | nj direct | frequently asked questions | | search |

## employee self service

Home | Message Center (1) | Logout

## Statement of Earnings and Deductions

**Options**

**Printable Version** [pdf]
**Return to History**

| Employee Name | Address | Emp. ID |
|---|---|---|
| WILLIAM B STANUKENAS | 768 PENN ESTATES<br>E STROUDSBURG PA 18301 | |

**Additional Resources**

**Latest Pay Stub**

**W-2 / 1095-C**

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 14 | 07/07/2017 | 07/14/2017 | EF088936 | 2017 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 400 | 13 | 20 | | M-06 | | B-04 | |

**Need Help?**

**User Guide** [pdf]
**FAQs**
**Contact Us**

### Earnings

| Description | Time | Amount |
|---|---|---|
| Regular | 7 60 | 1548 45 |
| | | |
| Total | | 1548 45 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 27730 55 |
| Taxable Wages - Federal | 23411 35 |
| Taxable Wages - PA | 25460 59 |
| Base Wages (Subject to Pension Ded) | 28422 49 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | | 569 38 | Contributory Insurance | 10 19 |
| FICA & YTD | 85 95 | 1578 51 | CWA - Agency Shop Fee | 19 98 |
| PA Income Tax & YTD | 42 56 | 781 62 | | |
| Medicare & YTD | 20 10 | 369 20 | | |
| Pension Contribution & YTD | 149 55 | 2049 24 | | |
| Pension Loan Payment & BAL | 144 62 | 3037 02 | | |
| Unemployment Ins. & YTD | 6 58 | 117 90 | | |
| Temporary Disability Ins. & YTD | 3 72 | 66 54 | | |
| Pre-Tax Dental & YTD | 25 68 | 359 52 | | |
| Pre-Tax Health/PD & YTD | 136 46 | 1910 44 | | |
| | 1 55 | 27 74 | | |

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Family Leave Insurance & YTD | | | | |
| | | | Total Deductions | 646 94 |
| | | | Net Pay | 901 51 |

**Health and Dental Coverage**

| Type | Description | Coverage |
|---|---|---|
| Health Benefits | Aetna HMO | FAMILY  |
| Dental | DENTAL EXPENSE PLAN | FAMILY |
| Prescription Drug | ExpressScripts | FAMILY |

**Important Message**
Under Pension and Health Benefit Reform and effective with this paycheck, employee pension contribution rates increase to 7.34% for all PERS and TPAF members who were previously contributing 7.2% of salary.

The Notice of Privacy Practices required by HIPAA for both the State Health Benefits Program and the School Employees' Health Benefits Program for 2017 is available to view or print at the NJDPB Web site at:

http://www.nj.gov/treasury/pensions/hipaa-notice.shtml

contact us | privacy notice | legal statement | accessibility statement

nj home | department/agency intranets | nj direct | frequently asked questions [ search ]

## employee self service

Home | Message Center (1) | Logout

# Earnings History

**Options**

Printable Version [pdf]

Select the pay period link to view your pay stub.

**Additional Resources**

Latest Pay Stub

W-2 / 1095-C

**Need Help?**

User Guide [pdf]

FAQs

Contact Us

| Calendar Year | Pay Period | Check Date | Check Number | Gross Pay | Net Pay |
|---|---|---|---|---|---|
| 2017 | 19 | 09/22/2017 | EF423673 | $1,487.32 | $858.78 |
| 2017 | 18 | 09/08/2017 | EF354113 | $1,792.94 | $1,107.16 |
| 2017 | R  | 09/01/2017 | 7P913397 | $203.74 | $180.35 |
| 2017 | 17 | 08/25/2017 | EF289595 | $1,894.81 | $1,176.57 |
| 2017 | 16 | 08/11/2017 | EF222841 | $1,426.20 | $793.30 |
| 2017 | 15 | 07/28/2017 | EF156161 | $1,833.69 | $1,128.57 |
| 2017 | 14 | 07/14/2017 | EF088936 | $1,548.45 | $901.51 |
| 2017 | 13 | 06/30/2017 | EF021027 | $2,029.62 | $1,285.59 |
| 2017 | 12 | 06/16/2017 | EF953958 | $2,029.62 | $1,285.59 |
| 2017 | 11 | 06/02/2017 | EF887274 | $2,029.62 | $1,285.59 |
| 2017 | 10 | 05/19/2017 | EF820071 | $2,029.62 | $1,285.59 |
| 2017 | 09 | 05/05/2017 | EF753281 | $2,029.62 | $1,285.59 |
| 2017 | 08 | 04/21/2017 | EF686849 | $2,029.62 | $1,285.59 |
| 2017 | 07 | 04/07/2017 | EF619977 | $2,029.62 | $1,285.59 |
| 2017 | 06 | 03/24/2017 | EF553073 | $2,029.62 | $1,285.59 |
| 2017 | 05 | 03/10/2017 | EF485330 | $2,029.62 | $1,285.59 |
| 2017 | 04 | 02/24/2017 | EF418624 | $2,029.62 | $1,285.59 |
| 2017 | 03 | 02/10/2017 | EF351949 | $2,029.62 | $1,285.59 |
| 2017 | 02 | 01/27/2017 | EF285644 | $2,029.62 | $1,285.59 |
| 2017 | 01 | 01/13/2017 | EF218508 | $1,826.66 | $1,126.24 |
| 2016 | 26 | 12/30/2016 | EF150877 | $1,623.70 | $983.57 |
| 2016 | 25 | 12/16/2016 | EF084370 | $2,029.62 | $1,199.61 |
| 2016 | 24 | 12/02/2016 | EF017135 | $2,029.62 | $1,305.94 |
| 2016 | 23 | 11/18/2016 | EF950375 | $2,029.62 | $1,305.94 |

