United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
William Bruce Stanukenas  
Phyllis Ann Stanukenas  
    Debtors

Case No. 17-03575-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: karendavi     Page 1 of 2     Date Rcvd: Oct 18, 2017  
                    Form ID: ntcnfhrg     Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.

```
db/jdb         +William Bruce Stanukenas,    Phyllis Ann Stanukenas,    366 Hyland Drive,
                 East Stroudsburg, PA 18301-6729
4962749       #+ALPHA RECOVERY CORP,    5660 GREENWOOD PLZ BLVD,    SUITE 101,    GREENWOOD VILLAGE, CO 80111-2417
4962751        +BERKHEIMER TAX ADMINISTRATION,    ATTN GENIE SKELLENGER,    50 NORTH SEVENTH STREET,
                 BANGOR, PA 18013-1795
4975934         Berkheimer Assoc-Agt Stroudsburg ASD&Stroud T,    C/O David R. Gordon, Esq.,    1883 Jory Road,
                 Pen Argyl, PA 18072
4962753         CAPITAL ONE,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4962754         CAPITAL ONE BANK,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4962756        +CIT BANK NA,    6900 BEATRICE DRIVE,    KALAMAZOO, MI 49009-9559
4962757         CITI CARDS,    PO BOX 6403,    SIOUX FALLS, SD 57117-6403
4962758        +CITIBANK,    701 EAST 60TH ST N,    SIOUX FALLS, SD 57104-0493
4962760        +CLIENT SERVICES INC,    3451 HARRY S TRUMAN BLVD,    SAINT CHARLES, MO 63301-9816
4962761         COMENITY BANK,    BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4962762         COMENITY CAPITAL BANK,    BANKRUPTCY DEPARTMENT,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4962763        +CONVERGENT,    PO BOX 9004,    RENTON, WA 98057-9004
4962764         CREDIT FIRST,    BK-16 CREDIT OPERATIONS,    PO BOX 81410,    CLEVELAND, OH 44181-0410
4962767         FIRESTONE,    PO BOX 81307,    BK14,    CLEVELAND, OH 44181-0307
4962768        +FIRSTSOURCE ADVANTAGE,    205 BRYANT WOODS SOUTH,    AMHERST, NY 14228-3609
4962771        +KML LAW GROUP,    STE 5000 BNY MELLON IND CTR,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
4962773         KOST TIRE & AUTO SERVICE,    PO BOX 81410,    CLEVELAND, OH 44181-0410
4962774         MERCHANTS & MEDICAL CREDIT CORP,    6324 TAYLOR DRIVE,    FLINT, MI 48507-4685
4962776         MILLIMAN 401(K),    1301 5TH AVENUE,    STE 3800,    SEATTLE, WA 98101-2646
4962777       #+MONARCH RECOVERY MGT,    10965 DECATUR ROAD,    PHILADELPHIA, PA 19154-3210
4962778        +NATIONSTAR MORTGAGE,    8950 CYPRESS WATERS BLVD,    COPPELL, TX 75019-4620
4962779         NORTH AMERICAN PARTNERS ANESTH,    PO BOX 275,    GLEN HEAD, NY 11545-0275
4962780        +PAUL J HOOTEN & ASSOCIATES,    5505 NESCONSET HWY,    SUITE 203,    MOUNT SINAI, NY 11766-2029
4962781        +PENN ESTATES POA,    304 CRICKET DRIVE,    EAST STROUDSBURG, PA 18301-8996
4962782        +POCONO HEALTHCARE MANAGEMENT,    ATTN BILLING OFFICE,    PO BOX 827658,
                 PHILADELPHIA, PA 19182-7658
4962784        +PSECU,    C/O UNITED COLLECTION BUREAU,    PO BOX 1116,    MAUMEE, OH 43537-8116
4962785        +RAYMOUR & FLANIGAN,    PO BOX 14517,    DES MOINES, IA 50306-3517
4962786        +STABILIS SPLIT ROCK JV LLC,    PO BOX 547-B,    LAKE HARMONY, PA 18624-0819
4962788        +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4962790        +WELLS FARGO BANK,    PO BOX 5058,    MAC P6053-021,    PORTLAND, OR 97208-5058
4962791        +WFFNB/RAYMOUR & FLANIGAN,    CSCL DISP TM MAC N8235-04M,    PO BOX 14517,
                 DES MOINES, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4962748         E-mail/Text: EBNProcessing@afni.com Oct 18 2017 19:06:55      AFNI INC,    PO BOX 3517,
                 BLOOMINGTON, IL 61702-3517
4962750         E-mail/Text: bankruptcy@bbandt.com Oct 18 2017 19:06:33      BB&T,    ATTN CREDIT DISPUTE,
                 PO BOX 1847,    WILSON, NC 27894-1847
4968202        +E-mail/Text: bankruptcy@bbandt.com Oct 18 2017 19:06:33      BB&T, Bankruptcy Section,
                 100-50-01-51,    PO Box 1847,    Wilson, NC 27894-1847
4962752         E-mail/Text: cms-bk@cms-collect.com Oct 18 2017 19:06:35      CAPITAL MANAGEMENT SVCS,
                 698 1/2 S OGDEN STEET,    BUFFALO, NY 14206-2317
4962755        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 19:09:29      CARRIE BROWN ESQ,
                 C/O PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    NORFOLK, VA 23502-4952
4962759        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 19:09:36
                 CITIBANK/BEST BUY,    C/O PORTFOLIO RECOVERY ASSOC,    120 CORPORATE BLVD STE 100,
                 NORFOLK, VA 23502-4952
4962765         E-mail/Text: Bankruptcy.Consumer@dish.com Oct 18 2017 19:06:47      DISH,    PO BOX 94063,
                 PALATINE, IL 60094-4063
4962766         E-mail/Text: bnc-bluestem@quantum3group.com Oct 18 2017 19:07:11      FINGERHUT/WEB BANK,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
4962769         E-mail/Text: cio.bncmail@irs.gov Oct 18 2017 19:06:31      IRS,    CENTRALIZED INSOLVENCY OP,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4962770         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 18 2017 19:06:59      JEFFERSON CAPITAL SYSTEMS,
                 16 MCLELAND ROAD,    SAINT CLOUD, MN 56303
4962772         E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2017 19:06:27      KOHLS/CAPITAL ONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
4962775        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2017 19:06:47      MIDLAND CREDIT MGT,
                 2365 NORTHSIDE DRIVE,    SUITE 300,    SAN DIEGO, CA 92108-2709
4962783         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 19:23:03
                 PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    NORFOLK, VA 23502-4962
4976696         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 19:09:29
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4963405        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 19:09:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4962787         E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:03:40      SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4962789         E-mail/Text: bnc@alltran.com Oct 18 2017 19:06:23      UNITED RECOVERY SYSTEMS LP,
                 PO BOX 722910,   HOUSTON, TX 77272-2910
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino    on behalf of Debtor 1 William Bruce Stanukenas
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent   Rubino    on behalf of Debtor 2 Phyllis Ann Stanukenas
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                               TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| William Bruce Stanukenas aka William B. Stanukenas, aka William Stanukenas | Chapter | 13 |
| Phyllis Ann Stanukenas aka Phyllis A. Stanukenas, aka Phyllis Stanukenas | Case No. | 5:17−bk−03575−JJT |
| Debtor(s) | | |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **November 17, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 5, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 18, 2017 |