Certificate Number: 12433-PAM-DE-030258680

Bankruptcy Case Number: 17-03575


12433-PAM-DE-030258680

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 4, 2017</u>, at <u>3:51</u> o'clock <u>PM EST</u>, <u>Phyllis A. Stanukenas</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 4, 2017</u>

By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>