United States Bankruptcy Court
Middle District of Pennsylvania

In re:
William Bruce Stanukenas
Phyllis Ann Stanukenas
Debtors

Case No. 17-03575-RNO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: KADavis Page 1 of 3 Date Rcvd: Mar 06, 2019
Form ID: ordsmiss Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.

db/jdb +William Bruce Stanukenas, Phyllis Ann Stanukenas, 366 Hyland Drive, East Stroudsburg, PA 18301-6751
cr +Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 300, Dallas, TX 75254-7883
cr +Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067
cr +Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386
5164520 +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, P.O. Box 10826, Greenville, SC 29603-0826
5164521 +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, P.O. Box 10826, Greenville, SC 29603-0675, 1900 Capital Trust II, BY U.S. BANK TRUS, P.O. Box 10826, Greenville, SC 29603-0826
4962751 +BERKHEIMER TAX ADMINISTRATION, ATTN GENIE SKELLENGER, 50 NORTH SEVENTH STREET, BANGOR, PA 18013-1795
4975934 Berkheimer Assoc-Agt Stroudsburg ASD&Stroud T, C/O David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072
4962756 +CIT BANK NA, 6900 BEATRICE DRIVE, KALAMAZOO, MI 49009-9559
4962757 CITI CARDS, PO BOX 6403, SIOUX FALLS, SD 57117-6403
4962760 +CLIENT SERVICES INC, 3451 HARRY S TRUMAN BLVD, SAINT CHARLES, MO 63301-9816
4962771 +KML LAW GROUP, STE 5000 BNY MELLON IND CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538
4962773 KOST TIRE & AUTO SERVICE, PO BOX 81410, CLEVELAND, OH 44181-0410
4962774 MERCHANTS & MEDICAL CREDIT CORP, 6324 TAYLOR DRIVE, FLINT, MI 48507-4685
4962776 MILLIMAN 401(K), 1301 5TH AVENUE, STE 3800, SEATTLE, WA 98101-2646
4962778 +NATIONSTAR MORTGAGE, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620
4962779 NORTH AMERICAN PARTNERS ANESTH, PO BOX 275, GLEN HEAD, NY 11545-0275
4994640 +Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096
4962780 +PAUL J HOOTEN & ASSOCIATES, 5505 NESCONSET HWY, SUITE 203, MOUNT SINAI, NY 11766-2029
4962781 +PENN ESTATES POA, 304 CRICKET DRIVE, EAST STROUDSBURG, PA 18301-8996
4962782 +POCONO HEALTHCARE MANAGEMENT, ATTN BILLING OFFICE, PO BOX 827658, PHILADELPHIA, PA 19182-7658
4962784 +PSECU, C/O UNITED COLLECTION BUREAU, PO BOX 1116, MAUMEE, OH 43537-8116
4962786 +STABILIS SPLIT ROCK JV LLC, PO BOX 547-B, LAKE HARMONY, PA 18624-0819
5009054 +Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386
5009055 +Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

4962748 EDI: AFNIRECOVERY.COM Mar 07 2019 00:03:00 AFNI INC, PO BOX 3517, BLOOMINGTON, IL 61702-3517
4962750 E-mail/Text: bankruptcy@bbandt.com Mar 06 2019 18:59:33 BB&T, ATTN CREDIT DISPUTE, PO BOX 1847, WILSON, NC 27894-1847
4968202 +E-mail/Text: bankruptcy@bbandt.com Mar 06 2019 18:59:33 BB&T, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847
4962752 E-mail/Text: cms-bk@cms-collect.com Mar 06 2019 18:59:34 CAPITAL MANAGEMENT SVCS, 698 1/2 S OGDEN STEET, BUFFALO, NY 14206-2317
4962753 EDI: CAPITALONE.COM Mar 07 2019 00:03:00 CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130-0281
4962754 EDI: CAPITALONE.COM Mar 07 2019 00:03:00 CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT 84130-0285
4962755 +EDI: PRA.COM Mar 07 2019 00:03:00 CARRIE BROWN ESQ, C/O PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502-4952
4962758 +EDI: CITICORP.COM Mar 07 2019 00:03:00 CITIBANK, 701 EAST 60TH ST N, SIOUX FALLS, SD 57104-0493
4962759 +EDI: PRA.COM Mar 07 2019 00:03:00 CITIBANK/BEST BUY, C/O PORTFOLIO RECOVERY ASSOC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502-4952
4962761 EDI: WFNNB.COM Mar 07 2019 00:03:00 COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125
4962762 EDI: WFNNB.COM Mar 07 2019 00:03:00 COMENITY CAPITAL BANK, BANKRUPTCY DEPARTMENT, PO BOX 183043, COLUMBUS, OH 43218-3043
4962763 +EDI: CONVERGENT.COM Mar 07 2019 00:03:00 CONVERGENT, PO BOX 9004, RENTON, WA 98057-9004
4962764 EDI: CRFRSTNA.COM Mar 07 2019 00:03:00 CREDIT FIRST, BK-16 CREDIT OPERATIONS, PO BOX 81410, CLEVELAND, OH 44181-0410
4990894 EDI: BL-BECKET.COM Mar 07 2019 00:03:00 Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701
4985868 EDI: CRFRSTNA.COM Mar 07 2019 00:03:00 Credit First NA, PO Box 818011, Cleveland, OH 44181-8011
4962765 EDI: ESSL.COM Mar 07 2019 00:03:00 DISH, PO BOX 94063, PALATINE, IL 60094-4063
4962766 EDI: BLUESTEM Mar 07 2019 00:03:00 FINGERHUT/WEB BANK, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820
4962767 EDI: CRFRSTNA.COM Mar 07 2019 00:03:00 FIRESTONE, PO BOX 81307, BK14, CLEVELAND, OH 44181-0307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

4962768 +EDI: FSAE.COM Mar 07 2019 00:03:00 FIRSTSOURCE ADVANTAGE, 205 BRYANT WOODS SOUTH, AMHERST, NY 14228-3609
4962769 EDI: IRS.COM Mar 07 2019 00:03:00 IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346
4962770 EDI: JEFFERSONCAP.COM Mar 07 2019 00:03:00 JEFFERSON CAPITAL SYSTEMS, 16 MCLELAND ROAD, SAINT CLOUD, MN 56303
4989433 EDI: JEFFERSONCAP.COM Mar 07 2019 00:03:00 Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617
4962772 EDI: CBSKOHLS.COM Mar 07 2019 00:03:00 KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115
4962772 E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 18:59:31 KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115
5004607 EDI: RESURGENT.COM Mar 07 2019 00:03:00 LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
4962775 +EDI: MID8.COM Mar 07 2019 00:03:00 MIDLAND CREDIT MGT, 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, CA 92108-2709
4995833 +EDI: MID8.COM Mar 07 2019 00:03:00 Midland Funding, LLC, Midland Credit Management, Inc. as, Agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011
4962783 EDI: PRA.COM Mar 07 2019 00:03:00 PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502-4962
4976696 EDI: PRA.COM Mar 07 2019 00:03:00 Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541
5009025 EDI: PRA.COM Mar 07 2019 00:03:00 Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541
4963405 +EDI: PRA.COM Mar 07 2019 00:03:00 PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
5009508 EDI: Q3G.COM Mar 07 2019 00:03:00 Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788
4962785 +EDI: WFFC.COM Mar 07 2019 00:03:00 RAYMOUR & FLANIGAN, PO BOX 14517, DES MOINES, IA 50306-3517
4962787 EDI: RMSC.COM Mar 07 2019 00:03:00 SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060
4962788 +EDI: CITICORP.COM Mar 07 2019 00:03:00 THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497
4962789 EDI: URSI.COM Mar 07 2019 00:03:00 UNITED RECOVERY SYSTEMS LP, PO BOX 722910, HOUSTON, TX 77272-2910
4962790 +EDI: WFFC.COM Mar 07 2019 00:03:00 WELLS FARGO BANK, PO BOX 5058, MAC P6053-021, PORTLAND, OR 97208-5058
4962791 +EDI: WFFC.COM Mar 07 2019 00:03:00 WFFNB/RAYMOUR & FLANIGAN, CSCL DISP TM MAC N8235-04M, PO BOX 14517, DES MOINES, IA 50306-3517
4988998 EDI: WFFC.COM Mar 07 2019 00:03:00 Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438

TOTAL: 39

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr* +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, P.O. Box 10826, Greenville, SC 29603-0826
cr* +PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
4962749 ##+ALPHA RECOVERY CORP, 5660 GREENWOOD PLZ BLVD, SUITE 101, GREENWOOD VILLAGE, CO 80111-2417
4962777 ##+MONARCH RECOVERY MGT, 10965 DECATUR ROAD, PHILADELPHIA, PA 19154-3210

TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:

Charles J DeHart, III (Trustee) TWecf@pamd13trustee.com
James Warmbrodt on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
James Warmbrodt on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
United States Trustee ustpregion03.ha.ecf@usdoj.gov
Vincent Rubino on behalf of Debtor 1 William Bruce Stanukenas lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
Vincent Rubino on behalf of Debtor 2 Phyllis Ann Stanukenas lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| William Bruce Stanukenas,<br>aka William B. Stanukenas, aka William Stanukenas, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:17−bk−03575−RNO |
| Phyllis Ann Stanukenas,<br>aka Phyllis A. Stanukenas, aka Phyllis Stanukenas, | | |
| **Debtor 2** | | |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016−2(h).**

Dated: March 6, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

ordsmiss (05/18)